**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF<br><br>v.<br><br>ARA ARTUNI,<br>  akas Ara Harutyunyan, Aro, Araboyi, Arabo, Santos,<br>ALEX AGOPIAN,<br>  aka Alik,<br>DAVIT HAZRYAN,<br>  akas Davo, Dav, D,<br>VAHAGN STEPANYAN,<br>  akas Vee, Vova Titov, Juha Alver, Vahan Stephanian,<br>       Aso Balvanov,"<br>ARVIN ALBERT KAZARYAN,<br>  aka Artur, Art,<br>AREG BEZIK,<br>  akas Elvis Narek, Narek Bezikian,<br>MANUK MANUKYAN,<br>LEVON ARAKELYAN, and<br>CHRISTIAN SEDANO,<br>  aka Bugsee,<br><br>        DEFENDANT(S) | Initial Indictment:<br>    2:25-CR-00434-JLS<br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX**<br>**CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☒ **Initial Indictment**
   Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is ___9___.
   and

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ___15___ trial days.

☐ **Superseding Indictment**
   Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.
   and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

June 1, 2025
Date

                                    _____
                                    KENNETH R. CARBAJAL
                                    Assistant United States Attorney